# EXHIBIT 1

## SUMMONS

Attorney(s) Jordan R. Dascal, Esq. / Schiller McMahon LLC
Office Address 123 South Avenue East
Town, State, Zip Code Westfield, NJ 07090

Telephone Number 732-283-1955
Attorney(s) for Plaintiff Progressive Spine & Orthopaedics, LL

Progressive Spine & Orthopaedics, LLC

    Plaintiff(s)

vs.

AMF Bowling Centers, Inc. d/b/a AMF

Bowling Centers, et al.
    Defendant(s)

**Superior Court of New Jersey**

Bergen     County
Law     Division
Docket No: BER-L-6593-17

## CIVIL ACTION
## SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

                                        /s/ Michelle Smith
                                        Clerk of the Superior Court

DATED: 09/28/2017

Name of Defendant to Be Served: AMF Bowling Centers, Inc. d/b/a AMF Bowling Centers

Address of Defendant to Be Served: 380 U.S. Highway 22, Green Brook, NJ 08812

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

Jordan B. Dascal – NJAID #903842012
Schiller McMahon LLC
123 South Avenue East, 2nd Floor
Westfield, NJ 07090
P: (908) 233-4840
F: (908) 935-0822
Attorney for Plaintiff,
Progressive Spine & Orthopaedics, LLC.

| | |
|---|---|
| PROGRESSIVE SPINE & ORTHOPAEDICS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AMF BOWLING CENTERS, INC. D/B/A AMF BOWLING CENTERS AND AMF BOWLING WORLDWIDE, INC. D/B/A AMF BOWLING CENTERS <br><br> Defendant. | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISION: BERGEN COUNTY <br><br> DOCKET NO.: <br><br> CIVIL ACTION <br><br> COMPLAINT AND JURY DEMAND |

Progressive Spine & Orthopaedics, LLC ("Plaintiff") says by way of Complaint against AMF Bowling Centers, Inc. d/b/a AMF Bowling Centers and AMF Bowling Worldwide, Inc. d/b/a AMF Bowling Centers ("Defendant"), upon information and belief:

### PARTIES, VENUE, JURISDICTION

1. At all relevant times, Plaintiff was a healthcare provider in Bergen County, New Jersey.

2. Plaintiff, through its employees Dr. Joshua Rovner and Meg Bonner PA-C, provided emergency medical care to Patient M.F. in Englewood, New Jersey on April 6, 2016.[1]

3. The County of Bergen is the proper venue for this matter with the requisite subject

---

[1] For the privacy of the patient, his name has been redacted. However, Plaintiff has provided Defendant the identity of the patient in a separate letter with service of the complaint.

matter jurisdiction pursuant to R. 4:3-2.

4. Plaintiff is proceeding on its own individual claims only, and not suing on claims which may have been assigned from Patient M.F.

5. At all relevant times, one or both of Defendants was the plan administrator for a self-funded health benefits plan, which provided health benefits to Patient M.F.

6. Defendants were responsible to make payments towards Patient M.F.'s medical care.

7. At all relevant times Defendants were engaged in significant business in the State of New Jersey, sufficient for this court to have personal jurisdiction over it.

8. For example, Defendants maintain a business location in this state, at 380 U.S. Highway 22, Green Brook, New Jersey 08812.

9. This matter is properly in state court. The Employee Retirement Income Security Act ("ERISA") does not apply, because Plaintiff has no standing to raise an ERISA claim due to the anti-assignment clause in Defendant's ERISA plan.

## BACKGROUND

10. This dispute arises out of the Defendants' refusal to pay Plaintiff the money that it is entitled to for necessary emergency medical services Plaintiff provided to Patient M.F.

11. On or about April 6, 2016, Patient M.F. was an emergency admission to the Englewood Hospital and Medical Center, in Englewood, New Jersey.

12. Patient M.F. had severe intractable pain, and difficulty moving.

13. Plaintiff, through its orthopedic spine surgeon Dr. Rovner, assessed Patient M.F. and determined that he required an emergency surgical spinal decompression.

14. Plaintiff was required by law, policy, and medical ethics to provide Patient M.F.

with such medical care.

15. On April 6, 2016, Plaintiff, through Dr. Rovner as a surgeon and Ms. Bonner as his surgical assistant, performed the necessary emergency surgery.

16. Subsequently, Plaintiff submitted bills for its physician's and assistant's services to Defendants, through their claims administrator.

17. Plaintiff does not have a contract with Defendants or their claims administrator setting payment rates for medical services.

18. Initially, Defendants' claims administrator refused to pay for the surgery at all.

19. Eventually, the claims administrator paid only a small fraction Plaintiffs' bills.

20. Inexplicably, the claims administrator paid almost double the amount for the assistant's bill, compared to what it paid for the surgeon's bill.

### Count One
### (Unjust Enrichment)

21. Plaintiff restates and reincorporates its allegations set forth above.

22. Plaintiff provided a benefit to Defendants.

23. Specifically, Plaintiff provided emergency medical services to Patient M.F., for whom Defendants were obligated to provide and/or make payments towards Patient M.F's medical care.

24. By providing those services, Plaintiff relieved Defendants of their obligations to Patient M.F. See e.g., New York City Health and Hosp. Corp. v. Wellcare of New York, Inc. 937 N.Y.S.2d 540 (Sup. Ct. N.Y. 2011).

25. It would be unfair to allow Defendant to retain the benefit of being discharged of their obligation to pay for the Patient M.F. and/or provide Patient M.F. with medical services, while it has grossly underpaid Plaintiff.

26. Plaintiff was obligated to provide this care, and deserves to be properly remunerated for its efforts.

**WHEREFORE**, Plaintiff demands judgment against Defendants for compensatory damages, consequential damages, interest, attorneys' fees, costs of suit and other relief as the Court may deem just and proper.

### JURY DEMAND

Pursuant to R. 4:35-1, Plaintiff hereby demands a trial by jury on all issues so triable.

### DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, Jordan B. Dascal, Esq. is hereby designated as trial counsel.

### CERTIFICATION

I hereby certify pursuant to R. 4:5-1 that the matter in controversy is not the subject of any other action pending in any Court or of a pending arbitration proceeding related to claims arising from medical services provided from Plaintiff to the Patient M.F. No such action or arbitration proceeding is contemplated by Plaintiff at this time.

SCHILLER MCMAHON LLC

Dated: 9/28/17

/s/ Jordan B. Dascal
Jordan B. Dascal, Esq.
Attorney for Plaintiff,
Progressive Spine & Orthopaedics, LLC.

# EXHIBIT 2

Menu

# Business Name Search

Required Fields [ * ]

## Search Criteria

Business Name *

Progressive Spine & Ortho

Use "%" as a wildcard

Search →

x Cancel (/DOR/BusinessNameSearch/)

Show

10 ▼

entries

| Business Name | Entity Id | Type |
|---|---|---|
| PROGRESSIVE SPINE & ORTHOPAEDICS, LLC | 0600380329 | LLC (Domestic Limited Liability Company) |

Showing 1 to 1 of 1 entries       « Previous    Next »

Division of Revenue & Enterprise Services
PO (Post Office) Box 450
Trenton, NJ (New Jersey) 08646-0303

## Support

Division of Revenue & Enterprise Services Web Site (http://www.state.nj.us/treasury/revenue/)
Search Help (/DOR/BusinessNameSearch/Home/Help)
Contact Us (https://www.njportal.com/ErrorPages/Contact.aspx)

## Polices & Procedures

Privacy Policy (https://www.njportal.com/ErrorPages/Privacy.aspx)
Accessibility Policy (https://www.njportal.com/ErrorPages/Accessibility.aspx)
Security Policy (https://www.njportal.com/ErrorPages/Security.aspx)
Legal Statements & Disclaimers (https://www.njportal.com/ErrorPages/Disclaimer.aspx)

# EXHIBIT 3

Alert to corporations regarding unsolicited mailings from VIRGINIA COUNCIL FOR CORPORATIONS is available from the Bulletin Archive link of the Clerk's Office website.

Home | Site Map | About SCC | Contact SCC | Privacy Policy



SCC eFile > Entity Search > Entity Details        Login | Create an Account

## SCC eFile
## Business Entity Details

Help

**SCC eFile**
- SCC eFile Home Page
- Check Name Distinguishability
- Business Entity Search
- Certificate Verification
- FAQs
- Contact Us
- Give Us Feedback

Business Entities

UCC or Tax Liens

Court Services

Additional Services

**AMF Bowling Centers, Inc.**

### General

SCC ID: 02369973
Entity Type: Corporation
Jurisdiction of Formation: VA
Date of Formation/Registration: 12/27/1982
Status: Active
Shares Authorized: 15000

### Principal Office

7313 BELL CREEK ROAD
MECHANICSVILLE VA23111

### Registered Agent/Registered Office

CT CORPORATION SYSTEM
4701 COX ROAD, SUITE 285
GLEN ALLEN VA 23060
HENRICO COUNTY        143
Status: Active
Effective Date: 10/4/2013

### Select an action

File a registered agent change
File a registered office address change
Resign as registered agent
File an annual report
Pay annual registration fee
Order a certificate of good standing
Submit a PDF for processing (What can I submit?)
View eFile transaction history
Manage email notifications

[New Search]  [Home]

Screen ID: e1000

Need additional information? Contact sccinfo@scc.virginia.gov Website questions? Contact: webmaster@scc.virginia.gov
We provide external links throughout our site.
PDF(.pdf) Reader  Excel (.xls) Viewer  PowerPoint (.ppt) Viewer  Word (.doc) Viewer
Build #: 1.0.0.23229

# EXHIBIT 4

**Department of State: Division of Corporations**

Allowable Characters

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

View Search Results

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 2571000 | Incorporation Date / Formation Date: | 12/27/1995 (mm/dd/yyyy) |
| Entity Name: | AMF BOWLING WORLDWIDE, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status ○ Status, Tax & History Information [Submit]

[Back to Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# EXHIBIT 5

# aetna

P.O. BOX 981106
EL PASO TX 79998-1106
USA

**Explanation Of Benefits**

Please Retain for Future Reference

| | |
|---|---|
| Printed: | 05/09/2016 |
| Page: | 1 of 2 |

JOSHUA S ROVNER MD
PIN: 0009515083
TIN: XXXXXXXX1855
NO PAY

JOSHUA S ROVNER MD
440 CURRY AVE STE A
ENGLEWOOD NJ 07631-1794

**Notes:**
Update your address, telephone number, e-mail address and/or NPI information by visiting our website.

## Patient Name: [redacted]

Claim ID: [redacted]   Recd: [redacted]   Member ID: [redacted]   Patient Account: [redacted]
Member: [redacted]
Group Name: **AMF BOWLING CENTERS, INC.**
Product: **Aetna Choice® POS II**
**Aetna Life Insurance Company**

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 23 | 6303050 AS | | 45,536.00 | | | 45,536.00 | 1 | | | | 0.00 |
| [redacted] | 23 | 6303050 AS | | 45,536.00 | | | 45,536.00 | 1 | | | | 0.00 |
| **TOTALS** | | | | **91,072.00** | | | **91,072.00** | | | | | **0.00** |

ISSUED AMT:   **NO PAY**

**Remarks:**
1 -  Charges for, or in connection with services or supplies that are considered to be experimental or investigational are excluded from coverage under the member's plan. To obtain more information regarding coverage of this service, go to our website and enter the procedure code in the search field or go to NaviNet, select our plan, then "Claims", and "Code Editing, Clinical & Payment Policy Lookup". [775]
Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

For Questions Regarding This Claim
P.O. BOX 981106 EL PASO, TX 79998-1106
**CALL (888) 632-3862** FOR ASSISTANCE
Note: **All** Inquiries should reference the ID number above for prompt response.

Total Patient Responsibility:   $0.00
Claim Payment:   $0.00

## Patient Name: [redacted] (spouse)

Claim ID: [redacted]   Recd: [redacted]   Member ID: [redacted]   Patient Account: [redacted]
Member: [redacted]
Group Name: **AMF BOWLING CENTERS, INC.**
Product: **Aetna Choice® POS II**
**Aetna Life Insurance Company**

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | ALLOWABLE AMOUNT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 22 | 22840AS | | 26,491.00 | | | 26,491.00 | 1 | | | 26,491.00 | 0.00 |
| **TOTALS** | | | | **26,491.00** | | | **26,491.00** | | | | **26,491.00** | **0.00** |

ISSUED AMT:   **NO PAY**

**Remarks:**
1 -  A claim has not been received from the primary surgeon. Assistant surgery claim is not eligible unless a claim with the same procedure is received from the primary surgeon. This claim will be reconsidered upon receipt of the surgeon's claim. [X37]

*Continued on Next Page*

Case 2:17-cv-09981-KM-SCM   Document 1-1   Filed 10/30/17   Page 15 of 18 PageID: 21



P.O. BOX 981106
EL PASO TX 79998-1106
USA

| | **Explanation Of Benefits** |
|---|---|
| | *Please Retain for Future Reference* |
| **Printed:** | 05/09/2016 |
| **Page:** | 2 of 2 |

**Mailing Address:**
JOSHUA S ROVNER MD
440 CURRY AVE STE A
ENGLEWOOD NJ 07631-1794

| | JOSHUA S ROVNER MD |
|---|---|
| **PIN:** | 0009515083 |
| **TIN:** | XXXXXXXX1855 |
| | NO PAY |

---

## Patient Name: ▮▮▮▮▮▮▮▮▮▮ *(spouse)*

**Remarks (contd):**
Your claim has been separated to expedite handling. You will receive a separate notice for the other services reported. (E73)

| For Questions Regarding This Claim | |
|---|---|
| P.O. BOX 981106 EL PASO, TX  79998-1106 | Total Patient Responsibility: $26,491.00 |
| ***CALL (888) 632-3862*** FOR ASSISTANCE | Claim Payment: $0.00 |
| *Note: All Inquiries should reference the ID number above for prompt response.* | |

Protecting the privacy of member health information is **a** top priority. When contacting us about this statement or for help with other questions, please be prepared to provide your provider number, **tax** identification number (TIN), or Social Security number (SSN), in addition to the member's ID number.

# EXHIBIT 6

**ELLIOTT GREENLEAF, P.C.**
BY:   GREGORY S. VOSHELL
Union Meeting Corporate Center
925 Harvest Drive, Suite 300
P.O. Box 3010
Blue Bell, PA   19422
(215) 977-1000
(215) 977-1099 (Fax)
gsv@elliottgreenleaf.com
**Attorneys for Defendant**

|  |  |  |
|---|---|---|
| PROGESSIVE SPINE & ORHTOPAEDICS, LLC,<br>Plaintiff, | : : : : : : | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION:  BERGEN COUNTY<br>DOCKET NO. L-6593-17 |
| v. | : : | CIVIL ACTION |
| AMF BOWLING CENTERS INC. D/B/A AMF BOWLING CENTERS AND AMF BOWLING WORLDWIDE, INC. D/B/A AMF BOLWING CENTERS<br>Defendant. | : : : : : | |

## PRAECIPE OF FILING NOTICE OF REMOVAL

AND NOW COME Defendants AMF Bowling Centers, Inc. and AMF Bowling Worldwide, Inc., by and through their undersigned counsel, to hereby advise this Court that the matter has been removed to the United States District Court for District of New Jersey ("District Court"), in accordance with 28 U.S.C. §§ 1441 and 1446.  A copy of the Notice of Removal filed with the District Court is attached hereto as Exhibit "A."  Defendants filing of this and the attached Notice of Removal with the Superior Court of New Jersey, Law Division, Bergen County, shall effect removal, and this Court may proceed no further unless and until this case is remanded.

                                          Respectfully submitted,

                                          */s/ Gregory S. Voshell*
                                          Gregory S. Voshell
                                          ELLIOTT GREENLEAF, P.C.
                                          925 Harvest Drive, Suite 300
                                          Blue Bell, PA 19422

DATE:  October 30, 2017          *Counsel for Defendants*