

**Elliott Greenleaf**
A Professional Corporation

925 Harvest Drive - Suite 300
Blue Bell, Pennsylvania 19422
Phone: (215) 977-1000 • Fax: (215) 977-1099
www.elliottgreenleaf.com

Gregory S. Voshell, Esquire
Direct Dial: 215-977-1081
Email: gsv@elliottgreenleaf.com

February 22, 2018

**VIA ECF**

The Honorable Steven C. Mannion
Martin Luther King Fed Bldg. & U.S. Courthouse
50 Walnut Street, P.O. Box 999
Newark, NJ 07101-0999

RE: ***Progressive Spine & Orthopedics, LLC v. AMF Bowling Centers Inc. et al.***
    **U.S.D.C. District of New Jersey (No. 17-9981)**

Dear Judge Mannion:

We represent the Defendants in the above-captioned matter, but in this instance write on behalf of all parties. We are currently scheduled to appear before Your Honor on Friday, February 23, 2018 for a Rule 16 Conference. The parties have agreed upon, and submitted, a proposed scheduling order for the Court's consideration. Given this agreement, counsel conferred, and respectfully request that, if the Court is amenable, the Rule 16 conference be conducted telephonically. The parties, of course, are prepared to and will appear in person if the Court prefers.

We thank the Court for its consideration of this request.

Respectfully,

Gregory S. Voshell

GSV/kac

cc:   All counsel of record (via ECF)

BLUE BELL   HARRISBURG   PHILADELPHIA   SCRANTON   WILKES-BARRE   WILMINGTON