# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PROGRESSIVE SPINE & ORTHOPAEDICS, LLC,<br><br>　　　　Plaintiff,<br>　　v.<br><br>AMF BOWLING CENTERS INC. D/B/A AMF BOWLING CENTERS AND AMF BOWLING WORLDWIDE, INC. D/B/A AMF BOWLING CENTERS,<br><br>　　　　Defendants. | No. 2:17-cv-09981 (KM) (SCM) |

## STIPULATION OF DISMISSAL

Plaintiff Progressive Spine & Orthopaedics, LLC and Defendants AMF Bowling Centers Inc. D/B/A AMF Bowling Centers and AMF Bowling Worldwide, Inc. D/B/A AMF Bowling Centers hereby stipulate to the dismissal of the above-captioned action with prejudice, in accordance with Rule 41(a)(1)(A)(ii).  Each party shall bear its own costs, including attorneys' fees, in connection with any activity relating to this Civil Action.

*/s/ Jordan B. Dascal*  
Jordan B. Dascal  
DASCAL LAW LLC  
350 Springfield Avenue  
Summit, NJ 07901  
(732) 930-1110  
*Attorney for Plaintiff*

*/s/ Thomas J. Elliott*  
Thomas J. Elliott  
ELLIOTT GREENLEAF, P.C.  
925 Harvest Drive, Suite 300  
Blue Bell, PA 19422-1956  
(215) 977-1000  
txe@elliottgreenleaf.com  
*Counsel for Defendants*

Dated: January 29, 2019